Hillsborough,
  Oct. 1, 1929.

FREDERICK C. SWEENEY *v.* PETERBOROUGH.

*James F. Brennan,* for the plaintiff.

*Sullivan & White,* for the defendant.

BRANCH, J.   While it is well settled law that a "promise may be implied against" a town "from the acts of its agents within their authority, as in the case of natural persons," (*Glidden* v. *Unity,* 33 N. H. 571, 577) this principle does not help the plaintiff's case.   The only town official who did acts from which a promise could possibly be implied was the health officer.   He had no authority to furnish medical attendance at the expense of the town even by express contract (*Congdon* v. *Nashua,* 72 N. H. 468, 471) and *a fortiori* no promise on behalf of the town could be implied from his conduct.   This case is governed by the principles laid down in *Pettengill* v. *Amherst,*

72 N. H. 103 and *Creier* v. *Fitzwilliam*, 76 N. H. 382, and the order must, therefore, be

*Judgment on the verdict.*

All concurred.